Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

for the

Western District of Virginia

MAY 2 7 2020

Harrisonburg Division

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

KERRAH BENNETT CLARK

Case No: 5:20-cv-00032

(to be filled in by the Clerk's Office)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

**-v-**

James Madison University

_____
Defendant(s)
*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Jury Trial:  *(check one)*    ☐ Yes   ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | KERRAH BENNETT CLARK c/o Legal Team |
| Street Address | PO Box 172 |
| City and County | McGaheysville, Rockingham |
| State and Zip Code | Virginia, 22840 |
| Telephone Number | (540) 256-9848 |
| E-mail Address | |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**Defendant No. 1**

| | |
|---|---|
| Name | James Madison University |
| Job or Title *(if known)* | |
| Street Address | 800 South Main Street |
| City and County | Harrisonburg, Rockingham |
| State and Zip Code | Virginia, 22807 |
| Telephone Number | (540) 568-6211 |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

### C.   Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | James Madison University |
| Street Address | 800 South Main Street |
| City and County | Harrisonburg, Rockingham |
| State and Zip Code | Virginia, 22807 |
| Telephone Number | (540) 568-6211 |

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Other federal law *(specify the federal law)*:

☐   Relevant state law *(specify, if known)*:

☐   Relevant city or county law *(specify, if known)*:

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐   Failure to hire me.
- ☐   Termination of my employment.
- ☐   Failure to promote me.
- ☐   Failure to accommodate my disability.
- ☐   Unequal terms and conditions of my employment.
- ☑   Retaliation.
- ☑   Other acts *(specify)*:   Hostility, Inaction, Threats, Harassment, Bullying, Undermining

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

9/9/19-Ongoing

C.   I believe that defendant(s) *(check one)*:

- ☑   is/are still committing these acts against me.
- ☐   is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐   race _____
- ☐   color _____
- ☐   gender/sex _____
- ☐   religion _____
- ☐   national origin _____
- ☐   age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☑   disability or perceived disability *(specify disability)*

Perceived Disability, Mockery Thereof

E.   The facts of my case are as follows.  Attach additional pages if needed.

There are basic human rights afforded to us all. James Madison University has blatantly and purposefully abused these rights time and time again as such regards KERRAH BENNETT CLARK. There have been violations governed by the Equal Employment Opportunity Commission, threats to be poisoned, and threats to become unemployed. This is only listing a few... A terrible culture encircles the abuse that KERRAH BENNETT CLARK has suffered for nearly an entire year, an institutional culture built on the practice of suppressing the exposure of prohibited behavior. The latest example of this culture comes from James Madison University's President, Jonathan Alger. President Alger has knowingly and intentionally falsified a State of Virginia Employee Grievance. See continued attachment.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
    9/16/19 VDHRM, 2/24/20 EEOC

B.  The Equal Employment Opportunity Commission *(check one)*:

    ☐  has not issued a Notice of Right to Sue letter.

    ☑  issued a Notice of Right to Sue letter, which I received on *(date)*    3/31/20

    *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

    Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

    ☐  60 days or more have elapsed.
    ☐  less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

It is KERRAH BENNETT CLARK'S earnest hope that James Madison University can be honest with itself and recognize what it has done. As part of the process of owning the integrity that is expected from a publicly funded university, it is hereby requested that James Madison University make a transparent donation of $1,000,000.00 to a reputable nonprofit organization that advocates for workplace compliance in regards to any area governed by the Equal Employment Opportunity Commission.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            5/27/20

Signature of Plaintiff

Printed Name of Plaintiff        KERRAH BENNETT CLARK

### B.        For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address